IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALISON TAYLOR,                   )
                                 )
               Plaintiff,        )
                                 )
     v.                          )          1:21CV648
                                 )
KILOLO KIJAKAZI,                 )
Commissioner of Social           )
Security,                        )
                                 )
               Defendant.        )

**<u>ORDER</u>**

This matter is before this court for review of the Order
and Recommendation ("Recommendation") filed on August 2, 2022,
by the Magistrate Judge in accordance with 28 U.S.C. § 636(b).
(Doc. 15.) In the Recommendation, the Magistrate Judge
recommends that Plaintiff's Motion for Judgment on the
Pleadings, (Doc. 9), be denied, that Defendant's Motion for
Judgment on the Pleadings, (Doc. 13), be granted, and that and
the decision of the Commissioner be upheld. The Recommendation
was served on the parties to this action on August 02, 2022.
(Doc. 15.) Counsel for Plaintiff filed timely objections, (Doc.
17), to the Recommendation, Defendant responded, (Doc. 18).

This court is required to "make a de novo determination of
those portions of the [Magistrate Judge's] report or specified
proposed findings or recommendations to which objection is

made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court finds that Plaintiff's objections do not change the substance of the United States Magistrate Judge's Recommendation, (Doc. 15), which is affirmed and adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 15), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Judgment on the Pleadings, (Doc. 9), is **DENIED,** that Defendant's Motion for Judgment on the Pleadings, (Doc. 13), is **GRANTED,** that the Commissioner's decision is **AFFIRMED,** and that this action is **DISMISSED.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 30th day of September, 2022.

_____
United States District Judge

- 2 -